BEFORE THE FIRST DIVISION, MAY 26, 1960

No. 64237.—Frazar & Co., Inc., and J. C. Penney Co., Inc. v. United States, protests 59/23851 and 59/23612 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.